IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-220 |
| KESHAWN PACE | : | |

## ORDER

**AND NOW**, this **8th** day of **February**, **2011**, upon consideration of Defendant's Pre-Trial Motion to Suppress Evidence, the Government's Opposition thereto, all replies thereon, and following a hearing conducted on February 2, 2011, and for the reasons provided in this Court's Memorandum dated February 8, 2011, it is hereby **ORDERED** that the motion to suppress (Document No. 22) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**